IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PABLO CESAR GUTIERREZ VILLEGAS, | § § § | |
| *Petitioner*, | § § | |
| | § | No. 1:26-CV-01254-DAE |
| v. | § § | |
| VERGARA, *et al.*, | § § | |
| *Respondents*. | § § | |

<u>ORDER FOR ADDITIONAL BRIEFING</u>

Before the Court is Pablo Cesar Gutierrez Villegas's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 5). Petitioner has not yet filed a reply. The Court requires more information before it can rule on the Amended Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before May 26, 2026</u>**, **Petitioner shall file supplemental briefing** with answers to the following questions:

1. Has Petitioner remained continuously in the United States since he first entered? If not, when was his most recent entry to the United States?

2. Does Petitioner have family in the United States? Does Petitioner have any United States Citizen or lawful permanent resident family members?

1

3. What other connections has Petitioner established with the United States, if any?

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 18, 2026.

_____
David Alan Ezra
Senior United States District Judge